|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

TYRONE L. SMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Petitioner,

v.

CASE NO. 1D15-4352

DIANE ANDREWS, UNION
CORRECTIONAL INSTITUTION,
FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

Opinion filed March 16, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Tyrone L. Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Randall L. Page, Jr., Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

RAY, BILBREY, and JAY, JJ., CONCUR.